IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO:

ROBERT ROMAN,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,
AND JOHN DOE,

    Defendants.

_____/

## COMPLAINT

    **COMES NOW** Plaintiff, ROBERT ROMAN, by and through his undersigned attorneys, and hereby sues Defendants, **WAL-MART STORES EAST, LP, AND JOHN DOE**, and alleges:

    1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

1

2.    Plaintiff is a natural person residing in Orange County, Florida.

3.    At all times material to this action, **WAL-MART STORES EAST, LP**, is a corporation operating in and doing business in the State of Florida and may be served with Summons and Complaint herein to its registered agent for service of process, C T CORPORATION SYSTEM 1200 South Pine Island Road, Plantation, FL 33324.

4.    Upon information and belief and at all times material to this action, **JOHN DOE** is a natural person residing in the State of Florida.

5.    At all times material hereto, Defendant, **WAL-MART STORES EAST, LP**, owned, operated, controlled, possessed, and was responsible for training, supervising, and staffing that certain business and its employees, agents or representatives, located at 8101 S. John Young Pkwy., Orlando, Florida, said business being that of a retail store, known as "**WALMART SUPERCENTER #908**," open to the general public, including the Plaintiff herein.

6.    Upon information and belief and at all times material to this action, Defendant, **JOHN DOE** as manager of the premises, undertook responsibility, managed, supervised, and/or exercised control, within and/or outside the course and scope of his or her employment undertaking responsibility over the subject premises and training, supervising, and staffing that certain business and its employees, and/or undertaking direct responsibility for the safety of the Plaintiff; specifically, at that certain business located at 8101 S. John Young Pkwy., Orlando, Florida, said business being that of a retail store, known as "**WALMART SUPERCENTER #908**," open to the general public, including the Plaintiff herein.

7. On or about May 9, 2020, Plaintiff visited Defendant, **WAL-MART STORES EAST, LP**'s business, "**WALMART SUPERCENTER #908**," located at the above address to go shopping.

8. At said time and place, Plaintiff was a business invitee at the "**WALMART SUPERCENTER #908**," business, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for his safety.

9. At said time and place, Defendant, **JOHN DOE**, as manager of the subject "**WALMART SUPERCENTER #908**," business and its employees, and/or in undertaking responsibility over customer safety, within and/or outside the scope of his or her employment, owed Plaintiff a duty to exercise reasonable care for his safety.

## COUNT I: VICARIOUS NEGLIGENCE OF DEFENDANT, WAL-MART STORES EAST, LP

10. Plaintiff incorporates and re-asserts Paragraphs 1 through 9, herein.

11. At said time and place, Defendant, **WAL-MART STORES EAST, LP**, vicariously through its employees, agents or representatives, breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligent failure to maintain control of a machine used to move a quantity of shopping carts;

   b) Negligent failure to safely control and maneuver a machine used to move a quantity of shopping carts;

   c) Negligently failing to ensure visibility when pushing and maneuvering a machine used to move a quantity of shopping carts;

d) Negligently failing to keep a proper lookout when pushing and maneuvering a machine used to move a quantity of shopping carts;

e) Negligently failing to operate and maneuver a machine used to move a quantity of shopping carts, cautiously and watch out for persons, such as Mr. Roman;

f) Negligently failing to stop the machine used to move a quantity of shopping carts before striking a patron, specifically Mr. Roman;

g) Negligently failing to operate and maneuver machine used to move a quantity of shopping carts attentively;

h) Negligently failing to keep a clear view and look in the direction of the path of travel of the machine used to move a quantity of shopping carts;

i) Negligently failing to train or sufficiently train its employees, agents or representative, in safe operation of machine used to move a quantity of shopping carts; and

j) Negligently staffing untrained or insufficiently trained employees, agents or representatives, who operated/drove the subject machine used to move a quantity of shopping carts, negligently, as set forth above.

12. As a result, while Plaintiff was visiting Defendant's business on May 9, 2020, due to the negligence of an employee, agent or representative of Defendant, **WAL-MART STORES EAST, LP**'s business, "**WALMART SUPERCENTER #908**," he was struck by a machine used to move a quantity of shopping carts, which was being operated by an employee, agent of representative of Defendant, **WAL-MART STORES EAST, LP**, which proximately caused grievous personal injuries to Plaintiff as set forth.

4

13. As a direct and proximate result of the vicarious negligence of Defendant, **WAL-MART STORES EAST, LP**, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, ROBERT ROMAN, sues the Defendant, **WAL-MART STORES EAST, LP**, for damages and demands judgment in excess of Thirty Thousand and One Dollars ($30,001.00), plus interest and costs, including pre-judgment interest and post-judgment interest as allowed under Florida law, and demands trial by jury of all issues so triable.

### COUNT II: NEGLIGENCE OF DEFENDANT, JOHN DOE

14. Plaintiff re-asserts and incorporates by reference, Paragraphs 1 through 9, herein.

15. At said time and place, Defendant, **JOHN DOE**, breached his or her duty owed to Plaintiff, in his or her capacity as manager of the subject "**WALMART SUPERCENTER #908**," premises, and/or in undertaking responsibility over the subject premises and training, supervising, and staffing that certain business and its employees, and/or undertaking direct responsibility for the safety of the Plaintiff, within and/or outside the scope of his or her employment, by committing one or more of the following omissions or commissions:

   a) Negligently causing or allowing Plaintiff to be struck by a machine used to move a quantity of shopping carts, which was being operated by a person under the supervision and responsibility of Defendant, **JOHN DOE**;

b) Negligently failing to have adequate staff on duty and/or negligently assigning the task of operating a machine used to move a quantity of shopping carts near the common walkway where patrons, including the Plaintiff, were walking, thereby increasing the risk of foreseeable harm to the patrons of the subject business, including the Plaintiff, herein;

c) Negligently failing to train or sufficiently train its employees, agents or representative, in safe operation of the machine used to move a quantity of shopping carts;

d) Negligently staffing untrained or insufficiently trained employees, agents or representatives, who operated/drove the subject machine used to move a quantity of shopping carts as set forth above;

e) Negligently failing to follow applicable policies and procedures in exercising his or her duties as manager of the subject "**WALMART SUPERCENTER #908**" business; and

f) Negligently failing to enforce applicable policies and procedures in exercising his or her duties as manager of the subject "**WALMART SUPERCENTER #908**," business.

16. As a result, while Plaintiff was visiting "**WALMART SUPERCENTER #908**," on May 9, 2020, due to the negligence of an employee, agent or representative for whom Defendant, **JOHN DOE** was undertaking responsibility over, and/or Defendant, **JOHN DOE** undertaking direct responsibility for the safety of the Plaintiff, within and/or outside the scope of his or her employment, Plaintiff was struck by a machine used to move a quantity of shopping carts, which was being operated by an employee, agent of representative of Defendant, **WAL-MART STORES EAST, LP**, which proximately caused grievous personal injuries to Plaintiff as set forth.

17. As a direct and proximate result of the negligence of Defendant, **JOHN DOE**, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, ROBERT ROMAN, sues the Defendant, **JOHN DOE**, for damages and demands judgment in excess of Thirty Thousand and One Dollars ($30,001.00), plus interest and costs, including pre-judgment interest and post-judgment interest as allowed under Florida law, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 29th day of October, 2020

/s/ Adam Clark
Adam G. Clark, Esquire
Morgan & Morgan, P.A.
444 Seabreeze Boulevard
Suite 100
Daytona Beach, FL 32118
Tele: (386)281-4770
Fax: (386)281-4795
Florida Bar No.: 121493
Primary Email: adamclark@forthepeople.com
Secondary Email: kgreene@forthepeople.com
Attorneys for Plaintiff

**MORGAN & MORGAN**

August 17, 2020

▮▮▮▮▮

RE:   Our Client:   Robert Roman
      Your Insured: Walmart Supercenter #908
                    8101 S. John Young Pkwy.
                    Orlando, FL  32819
      Date of Loss: 5/9/2020
      Claim #:      Unknown

*PLEASE BE ADVISED THAT THIS LETTER CONTAINS A TIME SENSITIVE SETTLEMENT OFFER. ALL SECTIONS OF THIS PACKAGE ARE SUBMITTED FOR THE PURPOSE OF SETTLEMENT ONLY. PLEASE GIVE THIS LETTER YOUR IMMEDIATE ATTENTION.*

Dear Mr. ▮▮▮▮

As you are aware, our firm has been retained to represent Robert Roman in his negligence claim against your insured. After careful consideration, it is our belief that this claim has reached a point where settlement should be considered, thereby avoiding the undue costs associated with litigation. This claim can and should be resolved at this time.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ -sensitive demand to settle the claim in the amount for policy limits of ONE MILLION DOLLARS AND ZERO CENTS ($1,000,000.00), to be paid no later than thirty (30) days from the date of this letter.

*D/INCIDENT*:  5/9/2020

*AGE, SEX, DATE OF BIRTH:*  ███████████

*CAUSE OF INJURY*:  On May 9, 2020, our client, Robert Roman, was walking at Walmart Supercenter, located at 801 S. John Young Parkway, Orlando, FL 32819 when an employee of your insured, who was operating a cart machine with a line of shopping carts, failed to observe Mr. Roman and negligently drove the machine and struck Mr. Roman's body with the cart machine and/or shopping carts, specifically impacting his hip, jarring his spine, causing acute, multi-vertebral damage, and trauma to his body, and causing pain to radiate into his waist line, radiating pain into his back, burning pain from his neck to his shoulder, shock-like symptoms, trauma and grievous personal injuries as set forth.  Notably, Mr. Roman is vision impaired, blind in one eye, and could not see the tortfeasor before being struck and therefore, was unable to appreciate and avoid the negligent operator's cart before being struck.

*LIABILITY*:  **Clear and undisputed.**  It is our position that liability, direct and/or vicarious, cannot be disputed and that the only issue to be negotiated in this case is the value of the bodily injury claim.

*NATURE OF INJURY:  Severe, permanent and multiple.*  As a result of your insured's negligence, Mr. Roman was violently struck in his person, specifically his hip and lower back, jarring his spine, causing acute, multi-vertebral damage, and trauma to his body, and causing pain to radiate into his waist line, radiating pain into his back, burning pain from his neck to his shoulder, shock-like symptoms, trauma and grievous personal injuries as set forth, and additional categories of damages, economic and non-economic, allowed under Florida law.

Specifically, with respect to the related traumatic, acute low back pain, Mr. Roman describes the pain as stabbing across the lower lumbar spine and it is there continuously. He also mentioned burning shoulder pain.  Mr. Roman was initially diagnosed with Lumbago and sciatica, right side (ICD10 M54.41); Radiculopathy, cervical region (ICD10 M54.12); Pain in right shoulder (ICD10 M25.511); Intervertebral disc disorders with radiculopathy, lumbar region (ICD10 M51.16); Sprain of ligaments of lumbar spine, initial encounter (ICD10 S33.5XXA).

The symptomology warranted Dr. Haque to order MRIs of the lumbar spine and cervical spine, which revealed multi-vertebral damage.  As a result of his acute, multi-vertebral spine damage, Dr. Haque recommended multi-level spine surgery, specifically right lumbar 3-5 endoscopic discectomy, and anterior cervical discectomy and cervical fusion at 3-5.

*MEDICAL TREATMENT/FACILITIES:*  See attached medical records and bills in our possession.  Additional records and bills pertaining to his orthopedic injuries have been requested and will be supplemental after receipt of same.

*WAGE LOSS & LOSS OF EARNING CAPACITY*: Due to the injuries sustained in the incident, Mr. Roman will be asserting damages for wage loss and loss of earning capacity.

*FUTURE MEDICAL TREATMENT*: Yes, given the nature of Mr. Roman's injuries and the amount of pain that he continues to suffer, it is medically certain that Mr. Roman will require additional medical treatment in the future to mitigate his injuries. His treating providers will opine within a reasonable degree of medical certainty that Mr. Roman will require future medical treatment for his injuries sustained in the incident.

*LIFE EXPECTANCY*: For estimation purposes only, according to the Social Security Actuarial Life Tables published in 2016, Mr. Roman's life expectancy is 26.32 additional years.

*INTANGIBLE DAMAGES*: Prior to this incident, Robert Roman enjoyed a very active lifestyle, enjoyed outdoor activities, exercising and staying physically active, performing manual labor jobs to the fullest, and enjoying Florida life, and excited to further enjoy the next chapter of his life, i.e. the Golden Years. As a result of this incident, his life has been flipped upside down, as he has been depraved of enjoyment of his lifestyle, livelihood, and depraved of the Golden Years of his life, suffering from these injuries, severe pain and discomfort, physical limitations, loss of capacity to enjoy life, mental anguish and inconvenience.

*PER DIEM ARGUMENT*: In the event this claim does not resolve in accordance with the terms and conditions of this demand, the Claimant will present a customary per diem argument to the jury for non-economic damages.

A very low estimate to compensate Mr. Roman for his pain, suffering, loss of capacity to enjoy life, mental anguish, and inconvenience since May 9, 2020, is $10 per hour for every hour he has spent to date, suffering pain and limitations caused by the injuries sustained from this incident, which for past pain and suffering is 100 days since the incident, multiplied by $10/hour multiplied by 24 hours per day = $24,000.00. However, Mr. Roman continues to suffer and will continue to suffer from the injuries he sustained from this incident for the rest of his life. He will live for at least 24.70 additional years in the future according to the Social Security Actuarial Life Tables. Accordingly, a very low amount to compensate Mr. Roman for his future pain and suffering is 26.32 years multiplied by 365 days multiplied by 24 hours per day multiplied by $10 per hour, which equals $1,537,088.00. Given and despite these low-end estimates, not including a medical bills, expert juries, reported overdue, defects, the future policy limits is clear.

*DEMAND*: Policy limits of ONE MILLION DOLLARS AND ZERO CENTS ($1,000,000.00) to be paid no later than thirty (30) days from the date of this letter.

███████████████████████████████████

Truly,



Adam G. Clark, Esq.



|  |  |
|---|---|
| | **Service of Process Transmittal**<br>11/06/2020<br>CT Log Number 538548792 |
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | Wal-Mart Stores East, LP  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Roman Robert, Pltf. vs. Wal-Mart Stores East, LP And John Doe, Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint, Request(s), Notice(s), Interrogatories, Verification(s) |
| COURT/AGENCY: | Orange County Circuit Court, FL<br>Case # 2020CA010861O |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - 05/09/2020 - 8101 S. John Young Pkwy., Orlando, Florida |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Plantation, FL |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/06/2020 at 02:08 |
| JURISDICTION SERVED : | Florida |
| APPEARANCE OR ANSWER DUE: | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| ATTORNEY(S) / SENDER(S): | Adam G. Clark<br>Morgan & Morgan, P.A.<br>444 Seabreeze Boulevard<br>Suite 100<br>Daytona Beach, FL 32118<br>386-281-4770 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 11/06/2020, Expected Purge Date: 11/11/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / DL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Case 6:20-cv-02197-JA-GJK   Document 1-1   Filed 12/02/20   Page 13 of 14 PageID 221

Florida Department of State

DIVISION OF CORPORATIONS

Department of State / Division of Corporations / Search Records / Search by Entity Name /

Previous On List    Next On List    Return to List

Events    **No Name History**

## Detail by Entity Name

Foreign Limited Partnership
WAL-MART STORES EAST, LP
Filing Information
Document NumberB01000000392 FEI/EIN Number71-0862119 Date Filed11/16/2001 StateDE StatusACTIVE Last EventLP AMENDMENT Event Date Filed07/07/2020 Event Effective DateNONE
Principal Address
818 West Seventh Street
Suite 930
Los Angeles, CA 90017

Changed: 05/31/2020
Mailing Address
818 West Seventh Street
Suite 930
Los Angeles, CA 90017

Changed: 05/31/2020
Registered Agent Name & Address C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Name Changed: 03/31/2004

Address Changed: 03/31/2004
General Partner Detail **Name & Address**

Document Number M02000000296

WSE MANAGEMENT, LLC
702 SW 8TH STREET
BENTONVILLE, AR 72716

Annual Reports
 Report Year  Filed Date
 2018         04/14/2018

http://search.sunbiz.org/...01-6b28-4ea9-9b19-d37d5d4c1968&searchTerm=walmart%20stores%20&listNameOrder=WALMARTSTORES%208493740[7/8/2020 1:36:56 PM]

| | |
|---|---|
| 2019 | 04/05/2019 |
| 2020 | 05/31/2020 |

Document Images

| | |
|---|---|
| 05/31/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2010 -- ANNUAL REPORT | View image in PDF format |
| 12/11/2009 -- LP Amendment | View image in PDF format |
| 04/13/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/13/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/13/2005 -- Contribution Change | View image in PDF format |
| 05/11/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/11/2004 -- Contribution Change | View image in PDF format |
| 03/31/2004 -- Reg. Agent Change | View image in PDF format |
| 05/08/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/08/2003 -- Contribution Change | View image in PDF format |
| 04/03/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2002 -- Contribution Change | View image in PDF format |
| 03/14/2002 -- Amendment | View image in PDF format |
| 11/16/2001 -- Foreign LP | View image in PDF format |

Previous On List    Next On List    Return to List

Events    **No Name History**